**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 27 2006

GREGORY C. LANGHAM
CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For a Petty Offense) — Short Form |
| v. | CASE NUMBER: 05-mj-07146 |
| TIMOTHY VELLONEY | |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC § 13; CRS § 42-4-1301(1)(b) | DRIVING WHILE ABILITY IMPAIRED | 9/29/05 | 1 |

Defendant will complete 55 hours community service, with 2 hours MADD.
Level 2 alcohol class completion
Unsupervised probation for a term of 6 months, as a condition of the suspended sentence.
Jail 2 days suspended.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine |
|---|---|---|
| **Total:** | $50.00 | $500.00 |

12/21/05
Date of Imposition of Judgment

_Signature of Judicial Officer_

Daniel B. Sparr, Senior U.S. District Judge
Name & Title of Judicial Officer

1/26/06
Date